IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JEROME DAVIS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV421-045
)
CHATHAM COUNTY DETENTION CENTER )
and SHERIFF JOHN WILCHER, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's April 14, 2021, Report and Recommendation (Doc. 3), to which Plaintiff has not filed objections. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of May 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA